# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES, | : | |
|    Plaintiff | : | CRIM. NO. 3:10-CR-80 (VLB) |
| | : | |
| v. | : | |
| | : | |
| SHIEKERA WILLIAMS, ET AL, | : | June 16, 2011 |
|    Defendant | : | |

## ORDER OF REVOCATION AND DETENTION

The defendant Sheikera Williams was charged by indictment on April 1, 2010 with 70 counts of bank fraud, 1 count of conspiracy to commit bank fraud and 3 counts of aggravated identity theft. Thereafter, she was released under section 3142 of Title 18 of the United States Code, by order of the court on June 22, 2010, Magistrate Judge Thomas P. Smith, on the conditions that she reside with an aunt in Florida, that she submit to electronic monitoring, that she maintain employment, that she report regularly to the probation authorities in Florida, and that she commence an education program. Upon the recommendation of the Probation Officer Xenia Gray, this court ordered the arrest of the defendant to appear before the court at a hearing to determine whether she had violated the conditions of her pretrial release.

A hearing was conducted on Wednesday June 22, 2011 at which time the defendant appeared with the assistance of counsel and was afforded an opportunity to be and was in fact heard in opposition to revocation and detention. Both the Probation Officer and the United States Attorney were also present and

1

heard. The Probation Officer recited the facts and circumstances of the defendant's detention, arrest and statements to probation officers. The Government recommended revocation and detention.

The evidence is that on June 2, 2011 the defendant was in the driver's seat of a stolen rental car which had been rented under an assumed identity of a female victim of identity theft. The defendant was at an establishment with authority to issue licenses and registrations for motor vehicles. She was arrested for the theft of the vehicle. There was also evidence offered that the defendant, in violation of her home detention order, was seated in a vehicle on December 2, 2010 with an individual for whom a warrant was outstanding, in which vehicle were found stolen means of identification and a blonde wig. Finally, the court notes that the defendant stands accused of more than 70 counts of financial fraud involving the alleged theft and use of identification documents, rental cars and forged checks.

On the basis of the totality of the record and the proffers made at the hearing on this court finds that there is probable cause to believe that the defendant violated the condition of her release that she not commit a Federal, State, or local crime during the period of release in that she was arrested for the alleged commission of grand theft auto on June 2, 2011 in Broward County, Florida. This court concurs in the probable cause findings on the facts alleged and finds that the defendant offers no plausible explanation to refute a probable cause finding.

**Further, on the basis of the record and the proffers made at the hearing, the court finds that the defendant is unlikely to abide by any condition or combination of conditions of release.**

**Accordingly, the court orders revocation of the defendant's bond and her immediate detention.**

IT IS SO, ORDERED

____/s/_____

**Vanessa L. Bryant,
United States District Judge**

**Dated at Hartford, Connecticut: June 16, 2011**